NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

LEWISTON ORCHARDS IRRIGATION
DISTRICT, Respondent.

No. 71-2615.

United States Court of Appeals,
Ninth Circuit.

Dec. 14, 1972.

Leonard M. Wagman, Atty. (argued), Kenneth Pearlman, Atty., Marcel Mallet-Prevost, Asst. Gen. Counsel, Peter G. Nash, Gen. Counsel, Washington, D. C., Charles M. Henderson, Director, Region 19, NLRB, Seattle, Wash., Abraham Siegel, Director, Region 31, NLRB, Los Angeles, Cal., for petitioner.

Eugene R. Nielson (argued), Seattle, Wash., Thomas W. Feeny, of Blake, Feeny & Mosman, Lewiston, Idaho, George Davies, Seattle, Wash., for respondent.

Before CHAMBERS, DUNIWAY and GOODWIN, Circuit Judges.

PER CURIAM:

Enforcement of the order of the Board against the Lewiston District is denied for jurisdictional reasons.

Our reading of NLRB v. Natural Gas Utility District of Hawkins County, 402 U.S. 600, 91 S.Ct. 1746, 29 L.Ed.2d 206 (1971), and our examination of the facts brings us to the conclusion that the respondent is entitled to the political subdivision exemption under Section 2(2), 29 U.S.C. § 152(2) of the act.

* Honorable Malcolm M. Lucas, United States District Judge, for the Central

■

UNITED STATES of America,
Plaintiff and Appellee,

v.

Cubie Lee CLAY, Defendant and
Appellant.

No. 72-2500.

United States Court of Appeals,
Ninth Circuit.

Dec. 12, 1972.

Anthony M. Earl (argued), of Earl & Earl, Las Vegas, Nev., for defendant and appellant.

Kenneth C. Cory, Asst. U. S. Atty. (argued), V. DeVoe Heaton, U. S. Atty., Las Vegas, Nev., for plaintiff and appellee.

Before CHAMBERS and WALLACE, Circuit Judges, and LUCAS, District Judge.*

PER CURIAM:

The judgment of conviction in this case of passing counterfeit money is affirmed.

An officer's recounted statement of another's passing a counterfeit bill was non-prejudicial.

And we find the testimony about a call to the sheriff's office for a name check did not taint the record. No motions to strike were made with reference to either of the foregoing statements. There was only a motion for a mistrial.

We think knowledge could be inferred from the circumstances.

Bail is revoked effective now.

District of California, sitting by designation.